PHILIP FELDMAN, Respondent, v. " JOHN " PALMER, First Name Being Fictitious, etc., as President of Local Union 1204 of New York City of the United Brotherhood of Carpenters and Joiners of America, and " CHARLES " HANSON, First Name Being Fictitious, etc., as President of the District Council of New York City of the United Brotherhood of Carpenters and Joiners of America, Appellants.— Order granting plaintiff's motion for a temporary injunction unanimously reversed unless plaintiff consents that the action shall be tried on February 17, 1936; otherwise, affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EDWARD H. TOWNSEND, Appellant, v. 120 EAST 75TH STREET, INC., Respondent. —Action on six promissory notes, each for $500, made and delivered by defendant to Harriet C. Townsend, and assigned to plaintiff before maturity. Order denying plaintiff's motion for summary judgment affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Martin, P. J., and O'Malley, J., dissent and vote to reverse and grant the motion.

MARIA FOX, Also Known as MARION FOX, and Another, Appellants, v. JOSEPH GREGG, Respondent, Impleaded with Others.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion to vacate and set aside foreclosure sale; Cohn, J., takes no part.